UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYKEL VALLADARES-ESCOBAR,<br>　　　　　Plaintiff,<br>　　　v.<br>TRM CORPORATION,<br>　　　　　Defendant. | Case No. 18-cv-06659 NC<br><br>**ORDER TO DEFENDANT TO SHOW CAUSE RE: IMPROPER REMOVAL** |

Defendant TRM Corp. removed this case from Santa Clara County Superior Court, asserting that this Court has subject matter jurisdiction over the case under diversity jurisdiction, 28 U.S.C. § 1332(a) and § 1441(b). ECF 1. The burden is on the removing defendant to establish jurisdiction. If jurisdiction is not established, then the case must be remanded back to state court. This is because the federal courts are courts of limited jurisdiction.

Here, TRM asserts that diversity of citizenship is established because plaintiff is a citizen of Nevada and defendant TRM is a citizen of California. Notice of Removal, ECF 1, at ¶ 11, 12. But TRM does not address the "local defendant" bar to removal under 28 U.S.C. § 1441(b): a civil action otherwise removable under diversity jurisdiction "may not be removed if any of the parties in interest properly joined and served as defendants is a

citizen of the State in which such action is brought." Here, TRM, a California citizen, is a "local defendant" under § 1441.

Consequently, TRM must show cause in a writing filed by November 16, 2018, as to why this case should not be remanded to state court for improper removal. If plaintiff wishes to respond, he may file a responding brief by November 23.

**IT IS SO ORDERED.**

Dated: November 2, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge